# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RUBY LAMBERT, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:19-cv-00103-LO-MSN |
| v. | Hon. Liam O'Grady |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant Ruby Lambert hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order, dismissing the Complaint with prejudice, signed and entered by District Judge Liam O'Grady on August 14, 2019. [ECF No. 37.]

Respectfully submitted,

Date:   September 11, 2019

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB No. 72791
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Fax: (703) 591-0167
Email: kkelly@kellyguzzo.com

Hassan A. Zavareei (pro hac vice)
Andrea Gold (pro hac vice)
Katherine M. Aizpuru (pro hac vice)
TYCKO & ZAVAREEI LLP
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900

Jeffrey D. Kaliel (pro hac vice)
Sophia G. Gold (pro hac vice)
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Jeff Ostrow (pro hac vice)
Jonathan M. Streisfeld (pro hac vice)
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
One W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301

- 2 -

Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com
kaizpuru@tzlegal.com

Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

*Attorneys for Plaintiff and the Putative Classes*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of September, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                            */s/ Kristi C. Kelly*
                                  Kristi C. Kelly, VSB No. 72791
                                  KELLY GUZZO, PLC
                                  3925 Chain Bridge Road, Suite 202
                                  Fairfax, VA 22030
                                  Telephone: (703) 424-7572
                                  Fax: (703) 591-0167
                                  Email: kkelly@kellyguzzo.com
                                  *Counsel for Plaintiff*