# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| RUBY LAMBERT, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:19-cv-00103-LO-MSN |
| v. | Hon. Liam O'Grady |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, by counsel, submits this Motion for Preliminary Approval of Class Action Settlement. For the reasons explained in the Memorandum in Support filed contemporaneously herewith, Plaintiffs request the Court to enter the attached Proposed Order and preliminarily approve the settlement.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

*Attorneys for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

       /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly (VSB# 72791)
KELLY GUZZO, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
*Counsel for Plaintiffs*