# UNITED STATES DISTRICT COURT
## CIVIL MOTION MINUTES

Date: **03/26/2021**                                    Judge: **O'Grady/MSN**
Time:**10:02 a.m. – 10:15 a.m. <00:13>**       Reporter: **S. Wallace**
(Telephonic Hearing)

Civil Action Number: **1:19cv103**


## RUBY LAMBERT

## V.

## NAVY FEDERAL CREDIT UNION, ET AL.

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Kristi C. Kelly** | **Bradford Hardin** |
| **Jeffrey Kaliel** | **Fred Burnside** |
| **Andrea Gold** | |
| **Hassan Zavareei** | |
| **Jeff Ostrow** | |
| | |
| Settlement Administrator: | Interested Party: |
| **Jennifer Keough** | **Ronald W. Erickson** |

Motion to/for:
FINAL APPROVAL HEARING

[49] Motion for Final Approval of Class Action Settlement


[51] Motion for Attorney Fees, Costs, and Service Award

**Update given to Court re: Settlement. Proposed Settlement Order to be entered.**

Argued and
(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part
(  ) Taken Under Advisement              (  ) Continued to      ( **X** ) Order to Follow