# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Ruby Lambert, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:19-cv-00103-LO-MSN |
| Navy Federal Credit Union, ) ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the order of this Court entered on April 8th, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Ruby Lambert and against the Defendant, Navy Federal Credit Union in the amount of $16,000,000.00 placed in a common fund to cover Settlement Class Member Payments, attorneys' fees and costs, and a Service Award of $5,000.00 for the named Plaintiff. Class Counsel is awarded attorneys' fees in the amount of $5,332,800.00, which is 33.33% of the Settlement Fund, and costs in the amount of $26,571.82, such amounts to be paid from the Settlement Fund in accordance with the terms of the Agreement.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Paulina A. Miller
Deputy Clerk

Dated: April 8th, 2021
Alexandria, Virginia